AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LEIA GAREY, *Plaintiff* | ) ) ) |
| v. | ) ) ) Civil Action No. 2:22-CV-0069-TOR |
| TREVOR ANDERSON, et al., *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's WSU's motion for summary judgment (ECF No. 58) is GRANTED.
Defendants' SAE's and Washington Beta's joint motion for summary judgment (ECF No. 63) is GRANTED.
The remaining claims against Defendant Anderson are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE
on Defendants' Motions for Summary Judgment (ECF Nos. 58, 63).

Date: October 18, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry